

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Manuel Avila-Herba

**Civil Action No.**  25-cv-3140-AGS-BJW

**Petitioner,**

V.

See Attachment

**JUDGMENT IN A CIVIL CASE**

**Respondent.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Because petitioner has been removed and is no longer "in custody under or by color of the authority of the United States," the Court lacks the authority to issue a writ of habeas corpus. See 28 U.S.C. §2241(c)(1). Thus, his habeas petition is denied as moot. The case is hereby closed.

**Date:**_____12/2/25_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Fujita_____

M. Fujita, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** <u>25-cv-3140-AGS-BJW</u>

Respondents:
Kristi Noem, Secretary of the Department of Homeland Security; Pamela Jo Bondi, Attorney General; Todd M. Lyons, Acting Director Immigration and Customs Enforcement; Jesus Rocha, Acting Field Office Director, San Diego Field Office; Christopher LaRose, Warden at Otay Mesa Detention Center.